IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:25CR108-1 |
| RONNIE JAY OXENDINE | : |

The Grand Jury charges:

COUNT ONE

On or about September 22, 2024, in the County of Guilford, in the Middle District of North Carolina, RONNIE JAY OXENDINE knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(2), that is, a weapon made from a shotgun, to wit: a Stevens 16 gauge shotgun, as modified having an overall length of less than 26 inches and a barrel less than 18 inches in length, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code,

Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: March 24, 2025

RANDALL S. GALYON
Acting United States Attorney

*(signature)*

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON